**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| SANDRA DUDLEY, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PREMERA BLUE CROSS, a Washington nonprofit corporation.<br><br>　　　　Defendant. | Case No. 8:15-cv-01139-JSM-AEP<br><br>Hon.　James S. Moody, Jr. |

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

**　X　**　**IS**　　related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

This action is subject to transfer and consolidation before the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407, in the captioned matter *In re Premera Blue Cross Customer Data Security Breach Litigation*, MDL No. 2633.  Premera notified the Panel of this case on May 13, 2015.  *Id.*, No. 77.

　　　　**IS NOT**　　related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

**DATED:** May 29, 2015.　　　　　　　　　　**Respectfully Submitted,**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua H. Eggnatz*
　　　　　　　　　　　　　　　　　　　　　　Joshua H. Eggnatz, Esq.
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar. No.: 0067926
　　　　　　　　　　　　　　　　　　　　　　Michael J. Pascucci, Esq.
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar. No.: 83397
　　　　　　　　　　　　　　　　　　　　　　**EGGNATZ, LOPATIN & PASCUCCI, LLP**
　　　　　　　　　　　　　　　　　　　　　　5400 S. University Drive, Ste. 413
　　　　　　　　　　　　　　　　　　　　　　Davie, FL 33328

        Tel:    (954) 889-3359
        Fax:   (954) 889-5913
        Mpascucci@ELPLawyers.com
        JEggnatz@ELPLawyers.com

*Trial Counsel for Plaintiff and the Proposed Class*

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

/s/   Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.